No. 89–5160.  FLORES-DOMINGUEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–5161.  RODGER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–5162.  McCUBBINS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 89–5164.  DAVIS v. REDMAN, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–5165.  WYCOFF v. NIX, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 89–5166.  CASTLEBERRY v. NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 89–5168.  TYLER v. CALLAHAN.  C. A. 8th Cir.  Certiorari denied.

No. 89–5169.  HERNANDEZ v. UNITED STATES; and
No. 89–5235.  CARDONA v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.  Reported below: 876 F. 2d 774.

No. 89–5171.  DOLENC v. DEMORE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–5172.  MOON v. NEWSOME ET AL.  C. A. 11th Cir. Certiorari denied.

No. 89–5176.  EATON v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–5177.  WENDT v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–5179.  PURDY, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF PURDY, ET AL. v. MONEX INTERNATIONAL LTD. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–5181.  WILLIAMS v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.